IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| SETH DEETMAN,<br><br>      Plaintiff,<br><br>v.<br><br>ENVIROSCAPES PROPERTY SPECIALIST, INC.,<br><br>      Defendant. | Case No.: 8:22-cv-831-JSM-AAS |

## JOINT REPORT REGARDING SETTLEMENT

COME NOW Plaintiff Seth Deetman and Defendant Enviroscapes Property Specialist, Inc. (collectively the "Parties"), by and through their respective undersigned counsel, and pursuant to the FLSA Scheduling Order (Doc. 15 ¶ 4), respectfully notify the Court that they have settled the case, subject to the finalization of a settlement agreement amenable to the Parties. That settlement agreement detailing the terms of resolution will be provided to the Court consistent with the Order (*Id.* ¶ 5), along with a motion for approval of the same.

Respectfully submitted this 26th day of September, 2022.

| | |
|---|---|
| */s/ Kyle James Lee* | */s/ Shaina Thorpe* |
| **KYLE JAMES LEE** | **SHAINA THORPE** |
| Fla. Bar No. 105321 | Fla. Bar No. 55464 |
| | |
| **LEE LAW, PLLC** | **THORPELAW, P.A.** |
| 1971 W. Lumsden Road | 1228 East 7th Ave. |
| Suite 303 | Suite 200 |
| Brandon, Florida 33511 | Tampa, Florida 33605 |
| Tel: (813) 343-2813 | Tel: (813) 400-0229 |
| Fax: (813) 343-2813 | Fax: (813) 944-5223 |
| Primary: kyle@kyleleelaw.com | Primary: shaina@thorpelaw.net |
| Secondary: leeanna@kyleleelaw.com | Secondary: admin@thorpelaw.net |
| | |
| *Counsel for Plaintiff Seth Deetman* | *Counsel for Defendant Enviroscapes Property Specialist, Inc.* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 26th day of September, 2022, I filed a true and correct copy of the foregoing via the CM/ECF system, which will automatically serve a notice of electronic filing on all counsel of record, as follows: Plaintiff's counsel Kyle J. Lee (Kyle@KyleLeeLaw.com) and co-counsel for Defendant Anthony Joseph Fantauzzi, III (afantauzzi@fantauzzilaw.com).

                                                       */s/ Shaina Thorpe*
                                                       Attorney