# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

SETH DEETMAN,

    Plaintiff,

v.                                      Case No: 8:22-cv-831-JSM-AAS

ENVIROSCAPES PROPERTY
SPECIALIST, INC.,

    Defendant.

_____

## ORDER

THIS CAUSE comes before the Court on the Joint Motion for Approval of Settlement and Dismiss with Prejudice (Dkt. 22). Upon review and consideration, it is therefore

ORDERED AND ADJUDGED that:

1. The Joint Motion for Approval of Settlement and Dismiss with Prejudice (Dkt. 22) is GRANTED.
2. The settlement is approved.
3. This action is DISMISSED WITH PREJUDICE.
4. All pending motions are denied as moot.
5. The Clerk is directed to close this file.

**DONE** and **ORDERED** in Tampa, Florida, this 12th day of October, 2022.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record